UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ROCK ERICKSON and
MICHAEL BONGERS,

        Plaintiff(s),

        v.                                   Case No. 17-C-592

HOME DEPOT USA, INC., et al.,

        Defendant(s).

_____

## SCHEDULING ORDER
_____

The court held a telephone scheduling conference with the parties' attorneys on May 26, 2017, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Accordingly, the parties shall comply with the following schedule and procedures.

### DISCOVERY

1. Initial disclosures are to be exchanged no later than June 16, 2017 in accordance with Fed. R. Civ. P. 26(a)(1).

2. In accordance with Fed. R. Civ. P. 26, Plaintiff's expert witness disclosure is due on or before September 1, 2017 and Defendant's expert witness disclosure is due on or before November 1, 2017.

3. Fact discovery is to be completed no later than October 30, 2017 and expert discovery is to be completed no later than March 1, 2018.

4. Expedited non-dispositive motions must be in compliance with Civil L.R. 7(h).

5. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

6. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L.R. 7 and shall be served and filed on or before January 15, 2018.

7. Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

8. If one or more parties believe there is a threshold factual issue that could resolve the case quickly, this Court has adopted an expedited "fast track" summary judgment procedure. Additional instructions can be found on the court's website at **www.wied.uscourts.gov.** Select the "Our Judges" tab, "Judges by Seniority" or "Judges Alphabetically", and then "William C. Griesbach" and "Instructions for Litigants".

## FINAL PRETRIAL AND TRIAL

9. A final pretrial will be held on June 1, 2018 at 3:00 p.m. at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201. Attorneys for all parties are required to appear in person. Parties need not appear, but should be available by telephone.

10. A jury trial will be held on June 18, 2018 at 8:30 a.m. at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201.

## ADDITIONAL PROCEDURES

11. All requests of the court must be made by formal motion in accordance with Civil L.R. 7 and the Federal Rules of Civil Procedure.

12. Courtesy copies of all documents that exceed ten (10) pages in length must be provided to the court in paper format.

13. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

14. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

15. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED on May 26, 2017.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court