# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ROCK ERICKSON and MICHAEL BONGERS,<br><br>  Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., CIGNA HEALTH AND LIFE INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br><br>  Defendants. | Eastern District of Wisconsin<br>Case No. 1:17-cv-00592-WCG<br><br>Calumet County Case No. 17-CV-17 |

## DEFENDANT HOME DEPOT USA, INC.'S NOTICE OF SETTLEMENT

NOW COMES Defendant Home Depot USA, Inc., and hereby notifies the Court that the parties have reached a confidential settlement resolving all pending claims. As soon as practicable, Home Depot USA Inc. and Plaintiffs will jointly submit a written stipulation and request that this Court dismiss the case with prejudice after the settlement paperwork has been executed.

Dated this 26th day of January, 2018.

s/ *Sarah E. Thomas Pagels*
Sarah E. Thomas Pagels
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003  Phone
(414) 755-7089  Facsimile
spagels@llgmke.com

and

Benjamin M. Weston
LEDERER WESTON CRAIG PLC
118 Third Avenue SE, Suite 700
Cedar Rapids, IA 52401
(319) 365-1184  Phone
(319) 365-1186  Facsimile
bweston@lwclawyers.com

*Attorneys for Defendant Home Depot U.S.A., Inc.*